1   **WO**

2

3

4

5   IN THE UNITED STATES DISTRICT COURT

6   FOR THE DISTRICT OF ARIZONA

7

8   Karl S. Michalak,                           )       No. CV-07-8042-PCT-LOA
                                                )
9              Plaintiff,                       )       **NOTICE OF ASSIGNMENT**
                                                )        **AND ORDER**
10  vs.                                         )
                                                )
11  Wadsworth Golf Construction Company)
    Disability Plan,                            )
12                                              )
               Defendant.                       )
13  _____)

14
           Pursuant Local Rule ("LRCiv") 3.8(a),  Rules of Practice effective
15
    December 1, 2006 all civil cases are, and will be, randomly assigned to a U.S. district
16
    judge or to a U.S. magistrate judge. This matter has been reassigned to the undersigned
17
    magistrate judge after District Judge Neil V. Wake's recusal order. (docket #6)
18
           As a result of the aforesaid Local Rule and assignment, if all parties consent
19
    in writing, the case will remain with the assigned magistrate judge pursuant to 28 U.S.C.
20
    636(c)(1) for all purposes, including trial and final entry of judgment. If any party
21
    chooses the district judge option, the case will be randomly reassigned to a U.S. district
22
    judge.  To either consent  to the assigned magistrate judge or to elect to have the case
23
    heard before a district judge, the appropriate section of the form, entitled Consent To
24

25

26

27

28

1   Exercise Of Jurisdiction By United States Magistrate Judge[1], must be completed, signed
2   and filed.

3           Any party is free to withhold consent to magistrate judge jurisdiction
4   without adverse consequences.  28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; *Anderson*
5   *v. Woodcreek Venture Ltd.*, 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that
6   consent is the "touchstone of magistrate judge jurisdiction" under 28 U.S.C. §636(c).  "A
7   party to a federal civil case has, subject to some exceptions, a constitutional right to
8   proceed before an Article III judge."   *Dixon v. Ylst*, 990 F.2d 478, 479 (9th Cir. 1993)
9   (citing *Pacemaker Diagnostic Clinic of Am. Inc. v. Instromedix, Inc.*, 725 F.2d 537, 541
10  (9th Cir. 1984) (*en banc*)).

11          A review of the Court's file indicates that Plaintiff's Complaint was filed on
12  July 3, 2007.    Plaintiff  shall have until **November 7, 2007** within which to make his
13  selection to  either consent to magistrate judge jurisdiction or elect to proceed before a
14  United States district judge.

15          Further, on October 15, 2007, counsel for both Plaintiff and Defendant filed
16  a Stipulation (docket #5) to extend the time within which Defendant may answer or
17  otherwise respond to the Complaint until October 29, 2007.  The undersigned has granted
18  the Stipulation under separate order.

19          On October 17, 2007, the Clerk of the Court electronically transmitted to
20  both counsel for Plaintiff and Defendant the Consent to Exercise of Jurisdiction by United
21  States Magistrate Judge form and Instructions.

22          Accordingly,

23

24

25          [1]The consent/election form may be obtained directly from the Clerk of the Court or
26  by accessing the District of Arizona's web site at www.azd.uscourts.gov.  To find the
     consent/election form on the District's web site, click on "Local Rules" at the top of the page,
27  then click on"Forms" on the left side of the page and then click on and print the appropriate
28  form.

1   **IT IS ORDERED** that Plaintiff shall file on or before **November 7, 2007**

2   his written election  to either consent to magistrate judge jurisdiction or elect to proceed

3   before a United States district judge.

4   **IT IS FURTHER ORDERED** that Defendant Wadsworth Golf

5   Construction Company Disability Plan  shall either consent to magistrate judge

6   jurisdiction or elect to proceed before a district judge on or before **November 7, 2007**.

7   **IT IS FURTHER ORDERED** that counsel and any party, if

8   unrepresented, shall hereinafter comply with the Rules of Practice for the United States

9   District Court for the District of Arizona, as amended on December 1, 2006.   The

10   District's Rules of Practice may be found on the District Court's internet web page at

11   www.azd.uscourts.gov/.  All other rules may be found as www.uscourts.gov/rules/.  The

12   fact that a party is acting pro se does not discharge this party's duties to "abide by the

13   rules of the court in which he litigates."  *Carter v. Commissioner of Internal Revenue*, 784

14   F.2d 1006, 1008 (9th Cir. 1986).

15   DATED this 19th day of October, 2007.

16

17   Lawrence O. Anderson
     United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28